UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Legrand C. Drummond, Victoria Drummond, Cameron Drummond, and Douglas Hayes,<br><br>    Plaintiffs,<br><br>-vs-<br><br>Industrial Warehouse Services and David A. Jimerson,<br><br>    Defendants. | CASE NO.: 7:16-cv-01589-MGL<br><br><br>**ORDER ALLOWING WITHDRAWAL OF COUNSEL** |

This matter is before the Court on motion of William A. Jordan, III to withdraw William A. Jordan, Jr. as counsel of record for the Plaintiffs. The Plaintiffs have consented to the withdrawal of William A. Jordan, Jr. as counsel. Jordan Law Center, LLC and William A. Jordan, III, will continue their representation of the Plaintiffs. The Court finds that there will be no prejudice by granting this motion. The Court, therefore grants the motion of William A. Jordan, III to allow William A. Jordan, Jr. to be relieved as counsel of record for the Plaintiffs.

    IT IS SO ORDERED.

                                                                                                                               _____
                                                                                                             Mary Geiger Lewis
                                                                                                             United States District Judge

October 13, 2017
Columbia, South Carolina